CO-528
(Rev. 2/91)

RECEIVED FILED

OCT 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OCT 3 1 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

06MS 479 RCL

_United States of America_

)
)
)
vs.                                )     Civil/Criminal No. _04-379_
)
_Gerald W. Eiland et al_           )

### ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest _Rev. Stephen Young_ _Holy Christian Ministry Baptist Church For All People 5110 Nannie Helen Burroughs Ave. NE Washington DC 20019_ and bring (him)/her forthwith before the District Court for the District of Columbia for the reason that (he)/she willfully failed to appear after having been served with subpoena to appear _as a witness in the trial USA v. Gerald W. Eiland et al._

You are further commanded to detain _Rev. Stephen Young_ _____ in your custody until (he)/she is discharged by the Court.

Upon order of the Honorable _Judge Royce C. Lamberth_ , United States District Judge at Washington, D.C. this _31st_ day of _October_ , ~~19~~ _2000_ .

NANCY MAYER-WHITTINGTON, Clerk

_Royce C. Lamberth_
U. S. District Judge

By: _Robert J Ellwitt_
        Deputy Clerk

RETURN:
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _____ ,
19_____ and executed same.

By: _____