CO-528
(Rev. 2/91)



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

OCT 31 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

_United States of America_ )
)
)
)
vs. ) Civil/**Criminal** No. _04-379_
)
_Gerald W. Eiland et al_ )

_06 MS 479_

### ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

You are hereby commanded to arrest _Rev. Stephen Young_ _Holy Christian Ministry Baptist Church For All People 5110 Nannie Helen Burroughs Ave. NE Washington DC 20019_ and bring **him**/her forthwith before the District Court for the District of Columbia for the reason that **he**/she willfully failed to appear after having been served with subpoena to appear _as a witness in the trial USA. v. Gerald W. Eiland et al_.

You are further commanded to detain _Rev. Stephen Young_ _____ in your custody until **he**/she is discharged by the Court.

Upon order of the Honorable _Judge Royce C. Lamberth_, United States District Judge at Washington, D.C. this _31st_ day of _October_, ~~19~~ _2006_.

_Royce C. Lamberth_
U.S. District Judge

NANCY MAYER-WHITTINGTON, Clerk

BY: _Robert J Ellwitt_
        Deputy Clerk

RETURN:
DISTRICT OF COLUMBIA
Received the within warrant the _____ day of _Executed 10/31/06 by Lamberth_
19 ____ and executed same.        _Royce C. L._
                                    U.S.D.J.
BY: _____